UNITED STATES of America,
Plaintiff–Appellee,

v.

Sharon WHITE, Defendant–Appellant.

No. 03–6740.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 8, 2003.

**652**

Sharon White, Appellant Pro Se. Bruce A. Pagel, Office of The United States Attorney, Charlottesville, Virginia, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

**PER CURIAM:**

Sharon White seeks to appeal the district court's order denying relief on her motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that White has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*